# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DARIUS HULLUM,<br><br>             Plaintiff,<br>   vs.<br><br>PROGRESSIVE DIRECT INSURANCE COMPANY,<br><br>             Defendant. | Case No.: 2:25-cv-00396-GMN-DJA<br><br>**ORDER GRANTING MOTION TO REMAND** |

Pending before the Court is the Motion to Remand, (ECF No. 11), filed by Plaintiff Darius Hullum. Defendant failed to file a Response by the April 14, 2025, deadline. Under Local Rule 7-2(d) "[t]he failure of an opposing party to file points and authorities in response to any motion . . . constitutes a consent to the granting of the motion." Defendant was on notice of the pending Motion because Plaintiff served the Motion electronically through the Court's e-filing system. (*See* Mot. Remand at 7, ECF No. 11). Moreover, Defendant expressly acknowledged the filing of the pending Motion in its Joint Status Report. (*See* Joint Status Report 2:3, ECF No. 12) ("Action Required by Court: Determination of Plaintiff's Motion to Remand."). Thus, the Court construes Defendant's failure to file a Response as a consent to the granting of the Motion to Remand.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Remand, (ECF No. 11), is **GRANTED**.

///

///

///

///

**IT IS FURTHER ORDERED** that the Clerk of Court is kindly directed to **REMAND** this case to the Eighth Judicial District Court of Clark County, Nevada for further proceedings. The Clerk of Court is also kindly directed to close this case.

Dated this   1   day of May, 2025.

_____
Gloria M. Navarro, District Judge
United States District Court